147 A.3d 401

**JOHNSON, Jeremy Paul**

v.

**STATE of Maryland**

**Pet. Docket No. 336, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 356, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 401

**JONES, Wendall Ernest**

v.

**STATE of Maryland**

**Pet. Docket No. 355, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1836, Sept. Term, 2015).

Petition for writ of certiorari denied.